UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-61821 JRS |
| | ) | |
| AUDREY ANGELA | ) | |
| CHUTKHAN-BROOKS | ) | CHAPTER 7 |
| | ) | |
|     DEBTOR | ) | |
| | ) | |
| NEIL C. GORDON, CHAPTER 7 | ) | ADVERSARY PROCEEDING |
| TRUSTEE FOR THE ESTATE OF | ) | NO. 18-5339 JRS |
| AUDREY ANGELA | ) | |
| CHUTKHAN BROOKS | ) | |
| | ) | |
|     PLAINTIFF | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| CHAL, LLC, ALRICK G. BROOKS, | ) | |
| CHARLES K. BUAFO, SHIRLEY BUAFO, | ) | |
| and AUDREY ANGELA | ) | |
| CHUTKHAN-BROOKS | ) | |
| | ) | |
|     DEFENDANTS | ) | |

## **RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

Alrick G. Brooks, Defendant in the above referenced adversary proceeding files his Response to Statement of Undisputed Material Facts pursuant to BLR 7056-1(a)(2) and shows the Court the following.

1. Undisputed.

2. Undisputed.

3. Undisputed.

4. Undisputed.

5. Undisputed.

6. Undisputed.

7. Undisputed.

8. Undisputed.

9. Disputed. See the Buafo affidavits filed in support of the Buafo's response to the Trustee's motion for summary judgment.

10. Disputed. Defendant Alrick G. Brooks never retained Latrice Latin, and Latrice Latin has no recollection of the phone conversation. See Affidavit of Latrice Latin.

11. Undisputed.

12. Defendant Alrick G. Brooks denies that the Trustee had communications with the Buafos concerning the Debtor's bankruptcy case, but he does not deny the remaining factual allegations regarding the recording of the limited warranty deed and the PT-61 form.

13. Undisputed.

14. Undisputed.

15. Disputed. Chal, LLC paid $42,667.21 directly to the Debtor in good faith. See Exhibit A to the Buafo Defendants' answer.

16. Undisputed.

17. Undisputed.

This **21st** day of **August, 2019**

|  |  |
|---|---|
| Akin, Webster & Matson, P.C.<br>P.O. Box 1773<br>Macon, GA  31202<br>(478) 742-1889<br>rmatson@akin-webster.com | /s/ Robert M. Matson<br>Robert M. Matson<br>Attorney for Alrick G. Brooks<br>State Bar No. 477102 |