**IT IS ORDERED as set forth below:**



Date: December 13, 2019

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 13-61821-JRS |
| ) | |
| AUDREY ANGELA ) | |
| CHUTKHAN-BROOKS, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ------------------------------------) | ------------------------------------ |
| ) | |
| NEIL C. GORDON, ) | |
| **Chapter 7 Trustee for the Estate of** ) | |
| **Audrey Angela Chutkhan-Brooks,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ADVERSARY PROCEEDING NO. |
| ) | |
| CHAL, LLC, ALRICK G. BROOKS, ) | 18-05339-JRS |
| CHARLES K. BUAFO, ) | |
| SHIRLEY BUAFO, and ) | |
| AUDREY ANGELA ) | |
| CHUTKHAN-BROOKS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

14414657v1

**ORDER ON TRUSTEE'S MOTION FOR SUMMARY JUDGMENT AGAINST ALRICK BROOKS, CHARLES BUAFO, AND SHIRLEY BUAFO AND ON CROSS-MOTION FOR SUMMARY JUDGMENT OF CHARLES BUAFO AND SHIRLEY BUAFO**

This matter came before the Court on December 3, 2019 for hearing on the Trustee's Motion for Summary Judgment against Defendants Alrick Brooks, Charles Buafo and Shirley Buafo (Doc. No. 15) and on the Cross-Motion for Summary Judgment (Doc. No. 21) filed by Charles Buafo and Shirley Buafo.

Following oral argument, for the reasons stated on the record at the Hearing, the Motions (Doc. No. 15 and Doc. No. 21 are hereby DENIED.

**[END OF DOCUMENT]**

Prepared and presented by:

ARNALL GOLDEN GREGORY LLP

*/s/ William D. Matthews*
William D. Matthews
State Bar No. 470865

171 17th Street, NW, Suite 2100
Atlanta, GA 30363
404-873-8500
william.matthews@agg.com

Attorneys for the Chapter 7 Trustee

14414657v1

Distribution List

CHAL, LLC
c/o Shirley Buafo, Reg. Agt.
130 Woodcrest Court
Macon, GA 31210

Audrey Angela Chutkhan-Brooks
3042 Hartford Mill Place
Duluth, GA 30097.

Audrey Angela Chutkhan-Brooks
5019 Village Terrace Drive
Atlanta, GA 30338

John A. Moore
**THE MOORE LAW GROUP, LLC**
1745 Martin Luther King Jr. Dr.
Atlanta, Georgia 30314

Dr. Alrick G. Brooks
137 Ashford Park
Macon, GA 31210

14414657v1