**IT IS ORDERED as set forth below:**



Date: March 25, 2021

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 13-61821-JRS |
| ) | |
| AUDREY ANGELA ) | |
| CHUTKHAN-BROOKS, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |
| NEIL C. GORDON, ) | |
| Chapter 7 Trustee for the Estate of ) | |
| Audrey Angela Chutkhan-Brooks, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ADVERSARY PROCEEDING NO. |
| ) | |
| CHAL, LLC, ALRICK G. BROOKS, ) | 18-05339-JRS |
| CHARLES K. BUAFO, ) | |
| SHIRLEY BUAFO, and ) | |
| AUDREY ANGELA ) | |
| CHUTKHAN-BROOKS, ) | |
| ) | |
| Defendants. ) | |

16343361v1

## ORDER FOLLOWING TRIAL

Trial was conducted in this Adversary Proceeding on March 17, 2021. Appearing as counsel for Plaintiff was Neil C. Gordon and William D. Matthews. Appearing as counsel for Defendants Shirley Buafo and Charles K. Buafo was John A. Moore. No appearances were made for Defendant Chal, LLC or for Defendant Alrick G. Brooks. A separate judgment was previously entered in the proceeding against Audrey Angela Chatkhan Brooks.

At the trial, the Court admitted exhibits as evidence and heard the testimony of: (a) Plaintiff Neil C. Gordon (live testimony), as Chapter 7 Trustee ("**Plaintiff**") for the bankruptcy estate of Audrey Angela Chutkhan-Brooks (the "**Bankruptcy Estate**"); (b) Pamela Bicknel (live testimony); and (c) Shirley Buafo (WebEx testimony).

Having considered the evidence, the record in this case, the testimony presented, and the arguments of counsel, the Court, at the conclusion of the trial, read into the record findings of fact and conclusions of law, for the reasons stated on the record it is

**ORDERED** that Judgment be entered against the following Defendants, jointly and severally, in the amount of $42,667.21 (plus the adversary filing fee as costs, plus post-judgment interest at the federal rate): Alrick G. Brooks, Shirley Buafo, Charles K. Buafo, and Chal, LLC.

### [END OF DOCUMENT]

Order prepared by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By: */s/ William D. Matthews*
　　　William D. Matthews
　　　Ga. Bar No. 470865
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
404-873-8500
william.matthews@agg.com

16343361v1

Distribution List

John A. Moore, Esq.
The Moore Law Group, LLC
1745 Martin Luther King Jr. Dr.
Atlanta, GA 30314

CHAL, LLC
c/o Shirley Buafo, Reg. Agt.
130 Woodcrest Court
Macon, GA 31210

Audrey Angela Chutkhan-Brooks
5019 Village Terrace Drive
Atlanta, GA 30338

Audrey Angela Chutkhan-Brooks
3042 Hartford Mill Place
Duluth, GA 30097.

Dr. Alrick G. Brooks
137 Ashford Park
Macon, GA 31210

16343361v1